PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:            pamela.cogan@rmkb.com
blake.russum@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA MEDINA,<br><br>          Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br><br>          Defendant. | CASE NO. 5:16-CV-05917-EJD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between the Plaintiff, DEBRA MEDINA, and

Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their

respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed

with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted,

concur with the Stipulation's content and have authorized its filing.

//

//

//

//

Dated: June 19, 2017          ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Blake J. Russum*
        PAMELA E. COGAN
        BLAKE J. RUSSUM
        Attorneys for Defendant, LIBERTY LIFE
        ASSURANCE COMPANY OF BOSTON

Dated: June 19, 2017          BOLT KEENLEY KIM, LLP

By: */s/ Brian Kim*
        BRIAN KIM
        Attorneys for Plaintiff

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated:   June 20, 2017

                          United States District Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City